Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBITH HERNANDEZ, on behalf of herself and all others similarly situated )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ENHANCED RECOVERY COMPANY, LLC, and DOES 1 through 10, inclusive, and each of them,, )<br>Defendants. ) | Case No. 3:13-cv-02427-H-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 9th day of May, 2014.

                    By: s/Todd M. Friedman
                        TODD M. FRIEDMAN
                        Law Offices of Todd M. Friedman, P.C.
                        Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 9th day of May, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Marilyn L. Huff
Honorable Nita L. Stormes
United States District Court
Southern District of California

Stephen Turner
Lewis Brisbois Bisgaard & Smith, LLP
Attorney for Defendant

This 9th day of May, 2014.

s/Todd M. Friedman
Todd M. Friedman