# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBITH HERNANDEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC, and DOES 1 through 10,<br><br>                Defendants. | CASE NO. 13-CV-2427-H (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 13.] |

On October 8, 2013, Plaintiff Rubith Hernandez ("Plaintiff") filed his complaint against Defendant Enhanced Recovery Company, LLC ("Defendant") on behalf of himself and a putative class. (Doc. No. 1.) On July 3, 2014, the parties filed a joint motion to dismiss Plaintiff's individual claims with prejudice and to dismiss the putative class claims without prejudice. (Doc. No. 13.)

///
///
///
///
///
///
///
///

1    The Court, for good cause shown, grants the parties' joint motion, dismisses
2 Plaintiff's individual claims with prejudice, and dismisses the putative class claims
3 without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs
4 and fees.

5    **IT IS SO ORDERED.**

6 Date: July 7, 2014

_____
Marilyn L. Huff, District Judge
UNITED STATES DISTRICT COURT